**Order entered February 2, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00610-CR
### No. 05-16-00611-CR

**JITENDER SINGH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-81690-2014 & 219-82997-2014**

## ORDER

Appellant's brief was due November 6, 2016. By postcard dated November 21, 2016, we notified appellant that the time for filing the brief had expired. We directed appellant to file, within ten days, his brief and a motion to extend time to file it. On November 23, 2016, appellant attempted to file an extension motion but it was rejected for failing to comply with rule 9 of the Texas Rules of Appellate Procedure. Appellant was instructed to refile the motion within three days. Over two weeks later, appellant filed a request for additional time to file his brief which we granted. Appellant's brief, due January 16, 2017, has not been filed and we have had no communication from him regarding the brief or this appeal.

We **ORDER** appellant to file his brief **by February 15, 2017**.  If appellant fails to do so, we will take whatever action we deem appropriate including abating this appeal for a hearing in the trial court.

/s/     LANA MYERS
           JUSTICE